# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS LEACH, | ) | 2:08-cv-01465-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JOHN DOVEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2009, the court issued an order stating this action would be dismissed for failure to prosecute unless the plaintiff objected on or before Monday, April 6, 2009. The plaintiff has not filed any objection. Accordingly, this action is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

DATED: This 7th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE